## Case No. 14,019a.

### THWING v. DUNCAN.

[Nowhere reported; opinion not now accessible.]